IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF OKLAHOMA

| | |
|---|---|
| **CHRISTINE KING,**<br><br>  Plaintiff,<br><br>v.<br><br>**OKMULGEE COUNTY JAIL TRUST AUTHORITY et al.,**<br><br>  Defendants. | Case No. 21-CV-367-JFH-GJL |

### ORDER

Before the Court is the Report and Recommendation of United States Magistrate Judge Gerald L. Jackson. Dkt. No. 30. The Magistrate Judge recommends that the Motion for Summary Judgment [Dkt. No. 21], filed by Defendants Okmulgee County Board of County Commissioners and Okmulgee County Criminal Justice Authority be GRANTED and that Motion in Limine [Dkt. No. 25] filed by Defendants Okmulgee County Board of County Commissioners and Okmulgee County Criminal Justice Authority be DENIED as moot. Dkt. No. 30 at 22.

Neither party objected to the Magistrate Judge's Report and Recommendation within the 14-day period prescribed by 28 U.S.C. § 636(b) and Federal Rule of Civil Procedure 72(b). Having reviewed the Report and Recommendation, the Court concurs with the Magistrate Judge's recommendation.

IT IS THEREFORE ORDERED that:

1. The Magistrate Judge's Report and Recommendation [Dkt. No. 30] is ADOPTED;

2. Plaintiff's claims against Defendant Okmulgee County Jail Trust Authority are dismissed without prejudice for failure to serve;

3. The Motion for Summary Judgment [Dkt. No. 21] is GRANTED and Plaintiff's claims

against Defendants Okmulgee County Board of County Commissioners and Okmulgee County Criminal Justice Authority are dismissed with prejudice;

4. The Motion in Limine [Dkt. No. 25] filed by Defendants Okmulgee County Board of County Commissioners and Okmulgee County Criminal Justice Authority is DENIED as moot.

IT IS SO ORDERED this 17th day of April 2023.

_____
JOHN F. HEIL, III
UNITED STATES DISTRICT JUDGE